FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 3 2001

JAMES W McCORMACK, CLERK
By: _____
             DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HENDRIX COLLEGE                                          PLAINTIFF

vs.                         NO. 4-00 CV00543GTE

WORLDCOM, INC., f/k/a
MCI WORLDCOM COMMUNICATIONS, INC.                        DEFENDANT

### PLAINTIFF'S NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that beginning at 1:15 p.m., Tuesday, February 20, 2001, and continuing from day to day until completed, at the offices of defendant WorldCom, Inc., 5201 Hadley Street, Phoenix, Arizona, or such other time and location on which the parties agree, plaintiff Hendrix College, by its attorneys, shall, upon oral examination by sound-and-visual and stenographic means, take the depositions of the following former and present officers and employees of WorldCom, Inc.:

> Barbara Face
> Jennifer Spade
> Jeff Whitfield
> John Stewart
> Marvin Hailey
> Susan Wasterson
> Nancy Falk

> Respectfully submitted,
>
> ALLEN LAW FIRM
> A Professional Corporation
> 212 Center Street
> Ninth Floor
> Little Rock, AR 72201
> (501) 374-7100
>
> By: _____
> H. William Allen
> Arkansas Bar No. 69001
>
> Attorneys for Plaintiff
> Hendrix College

**CERTIFICATE OF SERVICE**

On this 12th day of February, 2001, a copy of the foregoing Plaintiff's Notice of Depositions was faxed and mailed to attorney for defendant, Kevin A. Crass, Esq., Friday, Eldredge & Clark, 2000 Regions Center, 400 West Capitol, Little Rock, Arkansas 72201-3493.

_____
H. William Allen